O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GILBERT VELARDE,<br><br>　　　　Petitioner,<br><br>vs.<br><br>C. NOLL, Warden,<br><br>　　　　Respondent. | Case No. EDCV 09-2098-PSG (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 7/15/10

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE