JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GILBERT VELARDE,<br><br>      Petitioner,<br><br>vs.<br><br>C. NOLL, Warden,<br><br>      Respondent. | Case No. EDCV 09-2098-PSG (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7/15/10

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE